**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



C. Kathryn Preston
United States Bankruptcy Judge

**Dated: April 28, 2011**

_____

## United States Bankruptcy Court
## Southern District of Ohio
## Eastern Division

| In re | : | Case No. 11-50712 |
|---|---|---|
| Timothy B. Henthorn | : | Chapter 13 |
| Melissa Y. Henthorn | : | Judge (Preston) |
| Debtor(s) | : | |
| | : | |

### ORDER RESCHEDULING HEARING ON CONFIRMATION OF CHAPTER 13 PLAN

This matter is before the Court on the report of the Chapter 13 Trustee. The Chapter 13 plan as proposed by the Debtor(s) will not be in posture for confirmation at the originally scheduled confirmation hearing date. Accordingly, it is so **ORDERED** and notice is hereby given, that the hearing on confirmation of the Debtor(s)' Chapter 13 plan, and any objections thereto, is rescheduled to June 9, 2011 at 1:00 P.M. in Courtroom C, United States Bankruptcy Court, 170 North High Street, Columbus, Ohio 43215.
**IT IS SO ORDERED.**

Copies to: All Creditors and Parties in Interest

###